1   Peter H. Kang (Bar No. 158101)
       <peter.kang@bakerbotts.com>
2   Cheryl A. Cauley (Bar No. 252262)
       <cheryl.cauley@bakerbotts.com>
3   BAKER BOTTS L.L.P.
    1001 Page Mill Road
4   Building One, Suite 200
    Palo Alto, California 94304
5   Telephone:  (650) 739-7500
    Facsimile:   (650) 739-7699
6
    Theodore W. Chandler (Bar No. 219456)
7      <ted.chandler@bakerbotts.com>
8   BAKER BOTTS L.L.P.
    1801 Century Park East, Suite 2400
9   Los Angeles, California 90067
    Telephone:  (213) 202-5702
    Facsimile:   (213) 202-5732
10
    *Attorneys for Plaintiff Urban Dollz LLC*
11  *d/b/a Urban Doll*

12                  UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15

16                                    )
                                      )
17  Urban Dollz LLC d/b/a Urban Doll, )   Case No. 2:23-cv-1427
                                      )
18        *Plaintiff,*                )   **DECLARATION OF THOMAS C.**
                                      )   **MARTIN IN SUPPORT OF**
19      vs.                           )   **COMPLAINT FOR  FALSE**
                                      )   **ADVERTISING UNDER 15 U.S.C.**
20  Lashify, Inc. and Sahara Lotti,   )   **§ 1125(A)(1)(B);  FALSE PATENT**
                                      )   **MARKING UNDER 35 U.S.C. § 292**
21        *Defendants.*               )
                                      )
22  _____ )

23

24

25

26

27

28

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

I, Thomas C. Martin, hereby declare as follows:

1.    I am special counsel at Baker Botts L.L.P., counsel for Plaintiff Urban Dollz LLC d/b/a Urban Doll (collectively, "Urban Doll"). I submit this declaration in support of Urban Doll's Complaint for  False Advertising Under 15 U.S.C. § 1125(a)(1)(B);  False Patent Marking Under 35 U.S.C. § 292 ("Complaint").  I have personal knowledge of the facts in this declaration.

2.    Attached as Exhibit A to my declaration is a compilation of true and correct copies of web pages accessible at *www.lashify.com* that were printed by me or at my instruction on February 23, 2023.

3.    Below is a true and correct copy of an image excerpted from a YouTube video available at *https://www.youtube.com/watch?v=9X84CUIWqgo*.



4.    Attached as Exhibit B to my declaration is a true and correct copy of the web page located at *http://delicatehummingbird.blogspot.com/2011/11/ha-ive-mastered-false-lashes.html* as of February 23, 2023.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.    Below are true and correct copies of images excerpted from the web page located at *http://delicatehummingbird.blogspot.com/2011/11/ha-ive-mastered-false-lashes.html* as of February 23, 2023.





6.    Below is a true and correct copy of an image excerpted from a YouTube video available at *https://www.youtube.com/watch?v=faKvACCAvNU* as of February 23, 2023.

-2-

1
2
3
4
5
6
7
8
9
10



11  7.      Below is a true and correct copy of an image excerpted from a YouTube

12  video available at *https://www.youtube.com/watch?v=comq0clt56o* as of February 23,

13  2023.

14
15
16
17
18
19



20
21
22
23
24

25  8.      Below is a true and correct copy of an image excerpted from a YouTube

26  video available at *https://www.youtube.com/watch?v=AhJyTcClaMs* as of February

27  23, 2023.

28

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12



13    9.    Attached as Exhibit C to my declaration is a true and correct copy of the

14  web           page           located           at           *https://www-picnob-*

15  *com.translate.goog/ko/post/6817135044514214153746/?_x_tr_sl=auto&_x_tr_tl=en*

16  *&_x_tr_hl=en-US* as of February 23, 2023.

17    10.    Attached as Exhibit D to my declaration is a true and correct copy of U.S.

18  Patent No. 11,219,260 to Lotti downloaded from *https://patents.google.com/* as of

19  February 23, 2023.

20    11.    Attached as Exhibit E to my declaration is a true and correct copy of U.S.

21  Provisional Patent Application No. 62/368,116 to Lotti downloaded from

22  *https://patentcenter.uspto.gov/#!/*.

23    12.    Attached as Exhibit F to my declaration is a true and correct copy of the

24  web           page           located           at           *https://www-picnob-*

25  *com.translate.goog/ko/post/6831105345252257526042/?_x_tr_sl=auto&_x_tr_tl=en*

26  *&_x_tr_hl=en-US* as of February 23, 2023.

27
28

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

13.    Below is a true and correct copy of an image excerpted from a video that was linked in Exhibit F at *https://scontent.cdninstagram.com/v/t50.16885-16/287769454_5162691803839254_5047887697810174031_n.mp4?efg=eyJ2ZW5jb2RlX3RhZyI6InZ0c192b2RfXJsZ2VuLjcyMC5pZ3R2LmJhc2VsaW5lIiwic WVfZ3JvdXBzIjoiW1wiaWdfd2ViX2RlbGl2ZXJ5X3Z0c19zZ0c19vdGGZcIl0ifQ&_nc_ht=scontent.cdninstagram.com&_nc_cat=106&_nc_ohc=W_6I5aQe5FkAX_sb6iy&edm=AP_V10EBAAA A&vs=583107693333495_3704375935&_nc_vs=HBksFQAYJEdHNERKeEVXZXczYmNGY1NBRTh3Q3NZZHN3MUdidlZCQUFBRhUAAsgBABUAGCRHRUNKTFJFZn BKWnRMX2tCQU8wNjRpRpUEJyQWNZYnZWQkFBQUYVAgLIAQAoABgAGwGIB3VzZV9vaWwwBMRUAACbWttn17ZGAQBUCKAJDMywXQCwzMzMzMzMYEmRhc2hfY mFzZWVxpbmVVfMV92MREAdewHAA%3D%3D&_nc_rid=1c87c385af&ccb=7-5&oh=00_AfDL_klq2umRqQqk3HiVY5VGOYT3LWYwIS048ig1yFzJ0Q&oe=63F927 5E&_nc_sid=4f375e* as of February 23, 2023.



14.    Below is a true and correct copy of an image of two Lashify Gossamer eyelashes that I have in my possession:

1



2

3

4

5

6    15.    Below is a true and correct copy of an image of three Urban Doll

7    eyelashes that I have in my possession:

8



9

10

11

12

13   16.    Attached hereto as Exhibit G is a true and correct copy of a screenshot of

14   a Facebook post by Sahara Lotti captured on August 12, 2022.

15   17.    Below are true and correct copies of images excerpted from Exhibit F.

16



17

18   You may have noticed a major influx of knock offs in the

19   marketplace...... that's called unloading inventory.  The ITC has pushed

20   back it's decision now to August 31,..... we  think (and they likely might

     think) it's because they are going to give Lashify an exclusion order

21   (this means block them at customs). In addition we have  initiated two

22   law suits in Texas against the main two counterfeit factories- Hollyren

     and World Beauty.  One of the factory owners I've known since 2018,

23   Helen, attempted to negotiate with me last week or so.  We spoke late

24   at night - I considered it for half a second and then I saw the extent of

25   what they were doing..... using Google ad words to promote "diy lash

     extensions" manufacturers— I decided OH HELL NAW there is no

26   room for negotiation. Screw me once... shame on you. Screw me

27   twice... shame on me.

28

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

1

2

3

4

> Bottom line — if we don't get them in the ITC,  we'll get them in Texas
> If we don't get them in Texas,  we'll get them in China.  But trust me
> when I tell you...we will get them.   Shakespeare has a saying about us
> broads.........he might be onto something.

5

6

7

8

18.    Attached hereto as Exhibit H is a true and correct copy of Exhibit F to the Response to Complaint and Notice of Investigation ("Response") filed by KISS Nail Products, Inc. in *Certain Artificial Eyelash Extension Systems, Products, and Components Thereof*, Inv. No. 337-TA-1226.

9

19.    Below are true and correct copies of images excerpted from Exhibit F.

10

11

12

13

14

> My goal was to bring products that we actually wanted and needed. I knew
> that if I could create this market and own all the IP, I could corner the market
> and make massive change. I could fund the research I needed to fund for
> animals, and take on big pharma, I could make a change for the better.
> Instead of hiring product developers I literally did it all myself. I created a
> lash lab in my living room and then actually taught the factory how to make
> the product, not the other way around. This was a first for them.

15

16

17

18

> Here's the thing, anyone that copies our product, or induces infringement,
> promotes stealing from us or tries to do monetary damage to our company,
> will also get caught up in what's going to be a very big lawsuit. It's clear that
> lashify owns patents. Once you're aware of that there's no way around it.

19

20

21

22

20.    Attached as Exhibit I to my declaration is a true and correct copy of a screen capture I took showing a portion of the web page located at *https://web.archive.org/web/20200810193248/https://lashify.com/collections/bonds-sealers*.

23

24

25

26

27

28

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21.     Below is a true and correct copy of an image taken from Exhibit I.

> Our patented Charcoflex® formula is designed to withstand heat, bacteria, and absorb excess moisture. Contains biotin to nourish the natural lashes while wearing our Gossamers for multiple days.

22.     Attached as Exhibit J to my declaration is a true and correct copy of the web page located at *https://www-picnob-com.translate.goog/ko/post/6813593539642164656940/?_x_tr_sl=auto&_x_tr_tl=en &_x_tr_hl=en-US* as of February 23, 2023.

23.     Below is a true and correct copy of an image taken from Exhibit I.

> This is so cringe and infuriating. People can't just be creative and invent their own products!? As if consumers are dumb and can't figure out whose out here copying and trying to monopolize on the momentum of the true tested and patent protected ideas! Doll House about to go up in 🔥s in court! BUBYE!

24.     Attached as Exhibit K to my declaration is a true and correct copy of the web page located at *https://www-picnob-com.translate.goog/ko/post/6832112230617036547238/?_x_tr_sl=auto&_x_tr_tl=en &_x_tr_hl=en-US* as of February 23, 2023.

25.     Attached as Exhibit L to my declaration is a true and correct copy of the web page located at *https://www-picnob-com.translate.goog/ko/post/6813512661303862575822/?_x_tr_sl=auto&_x_tr_tl=en &_x_tr_hl=en-US* as of February 23, 2023.

26.     Attached as Exhibit M to my declaration is a true and correct copy of a screenshot I took of a portion of the web page located at *https://www.lashify.com/products/lashify-control-kit*as on February 24, 2023.

27.     Below is a true and correct copy of a first image taken from Exhibit M.

-8-

1
2
3
4
5
6



7      28.    Below is a true and correct copy of a second image taken from Exhibit
8   M.

9   U.S. PATENTS: D877,416 | 11,278,102 | D850,715 | 11,330,855 | 11,234,472 | 11,253,020 | 10,721,984 | 10,660,388 | 11,219,260 | 11,330,856

10     29.    I confirmed that the Lashify web page for "Extra Extreme Gossamer
11  Lashes"      at      *https://www.lashify.com/products/extra-extreme-gossamer-*
12  *lashes?variant=31271849197679* included a listing of patents similar those depicted
13  in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24,
14  2023.

15     30.    I confirmed that the Lashify web page for "Gemini Gossamer Lashes" at
16  *https://www.lashify.com/products/gemini-gossamer-lashes?variant=40660033568879*
17  included a listing of patents similar those depicted in the image in ¶ 28 above,
18  including U.S. Patent No. 10,660,388, as of February 24, 2023.

19     31.    I confirmed that the Lashify web page for "Drama Plus+ Gossamer
20  Lashes"      at      *https://www.lashify.com/products/drama-plus-gossamer-*
21  *lashes?variant=41026232418415* included a listing of patents similar those depicted
22  in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24,
23  2023.

24     32.    I confirmed that the Lashify web page for "Drama Gossamer Lashes" at
25  *https://www.lashify.com/products/d-gossamer-lashes?variant=40610625978479*
26  included a listing of patents similar those depicted in the image in ¶ 28 above,
27  including U.S. Patent No. 10,660,388, as of February 24, 2023.

28

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

33.    I confirmed that the Lashify web page for "Starburst Gossamer Lashes" at *https://www.lashify.com/products/starburst-gossamer-lashes?variant=39297874985071* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

34.    I confirmed that the Lashify web page for "Amplify Gossamer Lashes" at *https://www.lashify.com/products/amplify-gossamer?variant=20740662722671* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

35.    I confirmed that the Lashify web page for "Amplify Ginger Gossamer Lashes" at *https://www.lashify.com/products/intimates-gossamer-ginger-lashes?variant=32058222805103* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

36.    I confirmed that the Lashify web page for "Fluffy FX Gossamer Lashes" at *https://www.lashify.com/products/fluffy-fx-gossamer-lashes?variant=32202163486831* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

37.    I confirmed that the Lashify web page for "Extreme Ice Gossamer Lashes" at *https://www.lashify.com/products/extreme-ice-gossamer-lashes?variant=40771278536815* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

38.    I confirmed that the Lashify web page for "Amplify Truffle Gossamer Lashes" at *https://www.lashify.com/products/intimates-gossamer-truffle-lashes?variant=32058264322159* included a listing of patents similar those depicted

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

39.   I confirmed that the Lashify web page for "Amplify Ash Gossamer Lashes"        at       *https://www.lashify.com/products/intimates-gossamer-ash-lashes?variant=32058184171631* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

40.   I confirmed that the Lashify web page for "Curl Silver Gossamer Lashes" at                   *https://www.lashify.com/products/prismatic-gossamer-silver-lashes?variant=31835362033775* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

41.   I confirmed that the Lashify web page for "Amplify Teal Gossamer Lashes"   at   *https://www.lashify.com/products/gossamer-lash-cartridge-prismatic-colors-teal?variant=20045371277423* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

42.   I confirmed that the Lashify web page for "Curl Lavender Gossamer Lashes"        at       *https://www.lashify.com/products/prismatic-gossamer-lavender-lashes?variant=31280272244847* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

43.   I confirmed that the Lashify web page for "Amplify Dark Brown Gossamer Lashes" at *https://www.lashify.com/products/gossamer-lash-cartridge-prismatic-colors-brown?variant=20766150361199* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

44. I confirmed that the Lashify web page for "Curl Pink Gossamer Lashes" at *https://www.lashify.com/products/prismatic-gossamer-pink-lashes?variant=31278676639855* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

45. I confirmed that the Lashify web page for "Plushy Gossamer Lashes" at *https://www.lashify.com/products/plushy-gossamer-lash?variant=40811270865007* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

46. I confirmed that the Lashify web page for "Fluffy Gossamer Lashes" at *https://www.lashify.com/products/fluffy-gossamer-lashes?variant=20357135302767* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

47. I confirmed that the Lashify web page for "Amplify Violet Gossamer Lashes" at *https://www.lashify.com/products/gossamer-lash-cartridge-prismatic-colors-violet?variant=20045369835631* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

48. I confirmed that the Lashify web page for "Plushy Tame Gossamer Lashes" at *https://www.lashify.com/products/plushy-tame-gossamer-lash?variant=40852761084015* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

49. I confirmed that the Lashify web page for "Amplify Minx Gossamer Lashes" at *https://www.lashify.com/products/intimates-gossamer-minx-lashes?variant=32058234830959* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT

1        50.     I confirmed that the Lashify web page for "Extreme Gossamer Lashes" at

2  *https://www.lashify.com/products/extreme-gossamer-*

3  *lashes?variant=40599698145391* included a listing of patents similar those depicted

4  in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24,

5  2023.

6        51.     I confirmed that the Lashify web page for "Bold Gossamer Lashes" at

7  *https://www.lashify.com/products/b-gossamer?variant=20740722819183* included a

8  listing of patents similar those depicted in the image in ¶ 28 above, including U.S.

9  Patent No. 10,660,388, as of February 24, 2023.

10        52.     I confirmed that the Lashify web page for "The Inner Corner Gossamer

11  Lashes" at *https://www.lashify.com/products/the-inner-corner-*

12  *gossamer?variant=40930503196783* included a listing of patents similar those

13  depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of

14  February 24, 2023.

15        53.     I confirmed that the Lashify web page for "Bold Plus+ Gossamer

16  Lashes" at *https://www.lashify.com/products/bold-plus-gossamer-*

17  *lashes?variant=40895152226415* included a listing of patents similar those depicted

18  in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24,

19  2023.

20        54.     I confirmed that the Lashify web page for "Curl Gossamer Lashes" at

21  *https://www.lashify.com/products/c-gossamer?variant=20740731142255* included a

22  listing of patents similar those depicted in the image in ¶ 28 above, including U.S.

23  Patent No. 10,660,388, as of February 24, 2023.

24        55.     I confirmed that the Lashify web page for "Amplify Royal Kim

25  Gossamer Lashes" at *https://www.lashify.com/products/gossamer-lash-cartridge-*

26  *prismatic-colors-royal-blue?variant=20045372817519* included a listing of patents

27  similar those depicted in the image in ¶ 28 above, including U.S. Patent No.

28  10,660,388, as of February 24, 2023.

56.    I confirmed that the Lashify web page for "Amplify Plus+ Gossamer Lashes"          at          *https://www.lashify.com/products/amplify-plus-gossamer-lashes?variant=40885543272559* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

57.    I confirmed that the Lashify web page for "Amplify Plus+ Gossamer Lashes"          at          *https://www.lashify.com/products/amplify-plus-gossamer-lashes?variant=40885543272559* included a listing of patents similar those depicted in the image in ¶ 28 above, including U.S. Patent No. 10,660,388, as of February 24, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 24th day of February, 2023.

Thomas C. Martin

DECLARATION OF THOMAS C. MARTIN IN SUPPORT OF COMPLAINT