# EXHIBIT A

Case 2:23-cv-01427   Document 1-2   Filed 02/24/23   Page 2 of 80   Page ID #:54

# LASHIFY

# THE LASHIFY DICTIONARY

**LEARN THE ABC'S TO THE WORLD'S FIRST DIY LASH EXTENSION SYSTEM™**

**LEARN THE ABC'S TO THE WORLD'S FIRST DIY LASH EXTENSION SYSTEM™**

## A

**AMPLIFY (A)**                                                  ✚

## B

**BASE**                                                          ✚

**BASE LAYER**                                                    ✚

**BASIC APPLICATION**                                             ✚

**BLACK MAGIC CLEANSING PUFF**                                    ✚







**BLOW SPEED DRYER**

**BOLD® (B)**                                                                    +

---

**BONDAGE®**                                                                    +

*Lashify patented formula*

The ultimate bond innovation from the Lashify Labs. Bondage is the answer to long-wear and flexible hold while keeping natural lashes healthy and hygienic.

It contains our patented Charcoflex® formula that is designed to withstand heat, bacteria, and absorb excess moisture. Also contains biotin which nourishes the natural lash while wearing Gossamer® lashes for multiple days.

Pro Tip: Bondage has a unique consistency and is a bit runnier than Whisper Light. Therefore we recommend having a spoolie on hand to brush the bond through and prevent over-bonding. View Triple Bondage and Def Con 5 to see different bonding techniques using Bondage.

DISCOVER

---

**BONDOM METHOD**                                                               +

---

**BRICK STACKING**                                                              +

---

# C

**CARTRIDGE**                                                                   +

Our patented Gossamer® lash holder that houses the Gossamer lashes, allowing them to arrive hygienic and protected. It's designed to emulate the upper lash line, preparing Gossamers for placement on the Underlash™.

DISCOVER

---

**CHARCOFLEX®**                                                                 +

*Lashify patented formula*

Revolutionary formula used in Bondage® that contains activated charcoal and is anti-bacterial/anti-microbial. Designed to withstand heat and absorb excess moisture. Basically, the answer to long-wear and flexible hold all while keeping your lashes healthy and hygienic.

DISCOVER

---

**CHARCOAL COTTON SWABS**                                                       +

---

**CONCIERGE**                                                                   +

**CONTROL KIT®** +

**CONTROL WAX** +

**CORE COLLECTION™** +

**CURL™ (C)** +

# D

**DRAMA® (D)** +

**DEFCON5** +

# E

**EXTREME (E)** +

**EXTRA EXTREME (EE)** +

**EXTREME ICE™ (EI)** +

# F

**FLUFFY® (F)** +

**FLUFFY® EXTREME (FX)** +

**FLUFFER** +

**FUSE CONTROL® WAND** +

# G

**G-UNIT** +

---

**GLASS** +

---

**GEMINI™ (G)** +

---

**GLASSDOM METHOD** +

---

**GOSSAMER® LASH** +

*The first lash of it's kind*

Our revolutionary, patented, hand-made lash that is virtually weightless and boasts and undetectable spine. It is designed to precisely fit on the underside of your lashes, merging seamlessly with your natural ones.

Since it's inception in 2016, the Gossamer lash is now available in 17 different styles, 13 colors, and a variety of lengths!

DISCOVER

---

# H

**HEAT FUSING** +

*Lashify technique*

The act of fusing while using the Lashicurl® heated silicone curler.

1. Turn on the Lashicurl to the 2nd or 3rd heat setting

2. Allow Lashicurl

Fusing is an integral part of the Lashify system and seamlessly blends the Gossamer® lashes to your natural ones. Each fuse creates a stronger hold for longevity.

LEARN HOW

---

# I

**INTIMATES**                                                    ＋

---

# L

**LASH CLEAVAGE®**                                                ＋

---

**LASHICURL®**                                                   ＋

---

**LASH MAP**                                                     ＋

---

**LASHIFIEND**                                                   ＋

---

**LASHIFY LIFE**                                                 ＋

---

**LASHIFY LIFT**                                                 ＋

---

**LASHISPLASH®**                                                 ＋

---

**LASH STASH**                                                   ＋

---

**LENGTH STACKING**                                              ＋

---

**LIVES**                                                        ＋

---

**LOCKDOWN METHOD**                                              ＋

---

**LUXE**                                                         ＋

---

# M

# N

**NIGHT BOND®** +

# P

**PETIT EYE FUSE CONTROL® WAND** +

**PRE-CLEANSE** +

**PRECISION LASH COMB** +

**PRISMATIC COLLECTION™** +

**PLUSHY™ (P)** +

**PLUSHY TAME™ (PT)** +

**PLUS+ COLLECTION** +

# R

**RE-BOND** +

**RELEASE** +

# S

**SEAL** +

**STACKING** +

**STARBURST™** +

**STARDUST™** +

# T

**TRIPLE BONDAGE® METHOD** +

# U

**UNDERLASH TECHNOLOGY™** +

*Lashify application technique*

The revolutionary method of applying Gossamer® lashes to the underside of the natural lashes.

# V

**VOLUME COLLECTION** +

**VOLUME STACKING** +

# W

**WAND** +



GET LASHIFY
IN YOUR INBOX

Enter your email address →

SHOP ⌄

LEARN ⌄

ABOUT ⌄

United States (USD $) ⌄

2023. Lashify. All rights reserved.   Privacy   Terms

HOME

☰   Q       **LASHIFY**       ⧉ ◎

## AND WE'RE ALL ABOUT PROTECTING THEM.

## WE CREATE SIMPLE SOLUTIONS TO COMPLEX BEAUTY PROBLEMS.

## CURRENTLY WE'VE BEEN GRANTED 185+ PATENTS WORLDWIDE.

## AND WE'RE ALL ABOUT PROTECTING THEM.

The Lashify system: aka the first DIY lash extension.
The Gossamer® lash. The Fuse Control® Wand.
The Underlash Technology™.
The cartridges. The methods.
The bonding techniques.
The patterns.
We did that.

| REPORT COPYCATS | CONTACT LEGAL |
|---|---|



Fig. 6

FIG. 9

## UNITED STATES

---

US Patent 11,219,260 • Artificial Lash Extensions     +

---

US Patent 10,660,388 • Artificial Lash Extensions     +

---

US Patent 11,234,472 - Artificial Lash Extensions                                                    +

US Patent D850,715 - Artificial Eyelash Extension Applicator                                         +

US Patent D863,679 - False Eyelash Applicator                                                        +

US Patent D890,430 - Artificial Eyelash Extension Applicator                                         +

US Patent 10,638,826 – Applicator for Artificial Lash Extensions                                     +

US Patent 11,172,749 - Applicators and Cases for Artificial Lash Extensions                          +

US Patent 11,278,102 - Applicator for Artificial Lash Extensions                                     +

US Patent D867,668 - Case for Artificial Lash Extensions                                             +

US Patent D877,416 - Storage Cartridge for Artificial Eyelash Extensions                             +

US Patent D814,107 - Applicator for Artificial Lash Extensions                                       +

US Patent D867,664 - Applicator for Artificial Lash Extensions                                       +

US Patent D914,965 - False Eyelash Applicator                                                        +

US Patent D895,201 - Applicator For Lash Extensions                                                  +

US Patent D952,258 - Artificial Eyelash Extension Applicator                                         +

US Patent 11,253,020 - Artificial Lash Extensions                                                    +

US Patent 11,330,855 - Method of Applying Artificial Lash Extensions                                 +

US Patent 11,330,856 - Artificial Lash Extensions                                                    +

# KOREA

KR Patent 10-2356424 – Artificial Lash Extensions                                                    +

KR Patent 30-1050733 – Artificial Eyelash Extension Applicator                                       +

KR Patent 30-1050734 – Artificial Eyelash Extension Applicator                                       +

HOME

KR Patent 30-1050735 - Artificial Eyelash Extension Applicator                                                    +

KR Patent 30-1001373 - Applicator for Artificial Lash Extensions                                                  +

KR Patent 30-0945377 - Applicator for Artificial Lash Extensions                                                  +

KR Patent 30-1039259 - Applicator for Artificial Lash Extensions                                                  +

KR Patent 30-1039260 - False Eyelash Applicator                                                                   +

KR Patent 30-1039261 - False Eyelash Applicator                                                                   +

KR Patent 30-1039262 - False Eyelash Applicator                                                                   +

KR Patent 30-1039263 - False Eyelash Applicator                                                                   +

KR Patent 30-1068867 - Storage Cartridge for Artificial Eyelash Extensions                                        +

KR Patent 30-1068868 - Storage Cartridge for Artificial Eyelash Extensions                                        +

KR Patent 30-1068869 - Storage Cartridge for Artificial Eyelash Extensions                                        +

KR Patent 30-1090042-0001 - Applicator for Lash Extensions                                                        +

KR Patent 30-1090042-0002 - Applicator for Lash Extensions                                                        +

KR Patent 30-1090042-0003 - Applicator for Lash Extensions                                                        +

KR Patent 10-2276395 - Applicators and Cases for Lash Extensions                                                  +

KR Patent 10-2347236 - Applicator for Applying Lash Extensions                                                    +

KR Patent 10-2334952 - Applicator for Artificial Lash Extensions                                                  +

KR Patent 30-1156326-0001 - Artificial Lash Extension                                                             +

KR Patent 30-1156326-0002 - Artificial Lash Extension                                                             +

KR Patent 30-1156326-0003 - Artificial Lash Extension                                                             +

KR Patent 30-1152795-0001 - Artificial Lash Extension                                                             +

HOME

# CHINA

CN Patent 201930181922.0 - Artificial Eyelash Extension Applicator                                                      +

CN Patent 201830540821.3 - Applicator for Artificial Lash Extensions                                                    +

CN Patent 201730223550.4 - Applicator for Artificial Lash Extensions                                                    +

CN Patent 201930181927.3 - False Eyelash Applicator                                                                     +

CN Patent 201930181923.5 - Storage Cartridge for Artificial Eyelash Extensions                                          +

CN Patent 202030047409.5 - Applicator for Lash Extensions                                                               +

CN Patent ZL201780033755.3 - Applicators and Cases for Artificial Lash Extensions                                       +

CN Patent 2019217948300 - Artificial Eyelash Extensions and Systems, Devices, and Methods for Storage and               +
Applications of Artificial Eyelash Extensions

CN Patent 2019304897946 - Applicator for Artificial Lash Extensions                                                     +

CN Patent 2019305801989 - Applicator for Artificial Lash Extensions with Protective Cover                               +

CN Patent 2019305801974 - Case for Eyelash Cartridges                                                                   +

CN Patent 2019305801885 - Case for Artificial Lash Extensions                                                           +

CN Patent 2017304289848 - False Eyelash Applicator                                                                      +

CN Patent 2019900003218 - Applicators for Applying Eyelash Extensions and Methods for Use and Manufacture                +
Thereof

CN Patent 201990000322.2 - Cases for Storing Lash Extensions and Methods for Use and Manufacture Thereof                 +

CN Patent ZL202090000056.6 - Lash Extensions and Methods of Manufacture Thereof                                         +

CN Patent ZL202090000051.3 - Socks, Applicators for Lash Extensions, and Methods of Manufacture and Use                  +
Thereof

CN Patent ZL202130470635.9 - Artificial Lash Extension                                                                  +

□
HOME

# EUROPEAN UNION

EU Patent 006380416-0001 - Artificial Eyelash Extension Applicator                                    +

EU Patent 006380416-0002 - Artificial Eyelash Extension Applicator                                    +

EU Patent 006380416-0003 - Artificial Eyelash Extension Applicator                                    +

EU Patent 006380416-0004 - Artificial Eyelash Extension Applicator                                    +

EU Patent 005660206-0001 - Applicator for Artificial Lash Extensions                                  +

EU Patent 004031946-0001 - Applicator for Artificial Lash Extensions                                  +

EU Patent 006380457-0001 - False Eyelash Applicator                                                   +

EU Patent 006380457-0002 - False Eyelash Applicator                                                   +

EU Patent 006380457-0003 - False Eyelash Applicator                                                   +

EU Patent 006380457-0004 - False Eyelash Applicator                                                   +

EU Patent 006380457-0005 - False Eyelash Applicator                                                   +

EU Patent 006381257-0001 - Storage Cartridge for Artificial Eyelash Extensions                       +

EU Patent 006381257-0002 - Storage Cartridge for Artificial Eyelash Extensions                       +

EU Patent 006381257-0003 - Storage Cartridge for Artificial Eyelash Extensions                       +

EU Patent 008434179-0001 - Artificial Lash Extension                                                  +

EU Patent 007846860-0001 - Applicator for Lash Extensions                                             +

EU Patent 007846860-0002 - Applicator for Lash Extensions                                             +

EU Patent 007846860-0003 - Applicator for Lash Extensions                                             +

EU Patent 008434203-0001 - Artificial Lash Extension                                                  +

HOME

EU Patent 008434203-0003 - Artificial Lash Extension    +

EU Patent 008434203-0004 - Artificial Lash Extension    +

EU Patent 008434203-0005 - Artificial Lash Extension    +

EU Patent 008434203-0006 - Artificial Lash Extension    +

EU Patent 008434179-0002 - Artificial Lash Extension    +

EU Patent 008434179-0003 - Artificial Lash Extension    +

EU Patent 008434179-0004 - Artificial Lash Extension    +

# GREAT BRITAIN

GB Patent 6119879 - Artificial Lash Extension    +

GB Patent 6119969 - Artificial Lash Extension    +

GB Patent 6119972 - Artificial Lash Extension    +

GB Patent 6119970 - Artificial Lash Extension    +

GB Patent 6119971 - Artificial Lash Extension    +

GB Patent 6119973 - Artificial Lash Extension    +

GB Patent 6119974 - Artificial Lash Extension    +

GB Patent 6119880 - Artificial Lash Extension    +

GB Patent 6119881 - Artificial Lash Extension    +

GB Patent 6119878 - Artificial Lash Extension    +

GB Patent 90063804160001 - Artificial Eyelash Extension Applicator    +

GB Patent 90063804160002 - Artificial Eyelash Extension Applicator    +

GB Patent 90063804160003 - Artificial Eyelash Extension Applicator    +

HOME

GB Patent 90063804160004 – Artificial Eyelash Extension Applicator    +

GB Patent 90056602060001 – Applicator for Artificial Lash Extensions    +

GB Patent 90040319460001 – Applicator for Artificial Lash Extensions    +

GB Patent 90063804570001 – False Eyelash Applicator    +

GB Patent 90063804570002 – False Eyelash Applicator    +

GB Patent 90063804570003 – False Eyelash Applicator    +

GB Patent 90063804570004 – False Eyelash Applicator    +

GB Patent 90063804570005 – False Eyelash Applicator    +

GB Patent 90063812570001 – Storage Cartridge for Artificial Eyelash Extensions    +

GB Patent 90063812570002 – Storage Cartridge for Artificial Eyelash Extensions    +

GB Patent 90063812570003 – Storage Cartridge for Artificial Eyelash Extensions    +

GB Patent 90078468600001 – Applicator for Lash Extensions    +

GB Patent 90078468600002 – Applicator for Lash Extensions    +

GB Patent 90078468600003 – Applicator for Lash Extensions    +

## JAPAN

JP Patent 1670874 • Artificial Eyelash Extension Applicator    +

JP Patent 1686171 • Artificial Eyelash Extension Applicator    +

JP Patent 1687380 • Artificial Eyelash Extension Applicator    +

JP Patent 1629324 • Applicator for Artificial Lash Extensions    +

JP Patent 1602548 • Applicator for Artificial Lash Extensions    +

JP Patent 1670063 • False Eyelash Applicator    +

HOME

JP Patent 1686172 - False Eyelash Applicator +

JP Patent 1687381 - False Eyelash Applicator +

JP Patent 1687382 - False Eyelash Applicator +

JP Patent 1686173 - False Eyelash Applicator +

JP Patent 1684863 - Applicator for Lash Extensions +

JP Patent 1706635 - Artificial Lash Extension +

JP Patent 7004823 - Cases for Storing Lash Extensions and Methods of Use and Manufacture Thereof +

JP Patent 1706675 - Artificial Lash Extension +

JP Patent 1706676 - Artificial Lash Extension +

# INDONESIA

ID Patent IDP000077615 - Applicators and Cases for Artificial Lash Extensions +

ID Patent IDD0000060539 - Artificial Lash Extension +

ID Patent IDD0000060267 - Artificial Lash Extension +

ID Patent IDD0000060540 - Artificial Lash Extension +

ID Patent IDD0000060658 - Artificial Lash Extension +

ID Patent IDD0000060265 - Artificial Lash Extension +

ID Patent IDD0000060538 - Artificial Lash Extension +

ID Patent IDD0000061570 - Artificial Lash Extension +

ID Patent IDD0000061571 - Artificial Lash Extension +

ID Patent IDD0000060660 - Artificial Lash Extension +

HOME

SG Patent 30202108988U - Artificial Lash Extension    **+**

SG Patent 30202108992V - Artificial Lash Extension    **+**

SG Patent 30202108995R - Artificial Lash Extension    **+**

SG Patent 30202108991X - Artificial Lash Extension    **+**

SG Patent 30202108996P - Artificial Lash Extension    **+**

SG Patent 30202108997Q - Artificial Lash Extension    **+**

SG Patent 30202108993Y - Artificial Lash Extension    **+**

SG Patent 30202108994W - Artificial Lash Extension    **+**

SG Patent 30202108990U - Artificial Lash Extension    **+**

SG Patent 30202108989Y - Artificial Lash Extension    **+**

SG Patent 30202109902S - Monolid Applicator    **+**

SG Patent 30202109903X - Monolid Applicator    **+**

SG Patent 30202109904V - Monolid Applicator    **+**

# AUSTRALIA

AU Patent 202110866 - Artificial Lash Extension    **+**

AU Patent 202110865 - Artificial Lash Extension    **+**

AU Patent 2017302022 - Artificial Lash Extension    **+**

AU Patent 202112233 - Artificial Lash Extension    **+**

AU Patent 202112234 - Artificial Lash Extension    **+**

HOME

AU Patent 202112594 – Artificial Lash Extension                                    +

AU Patent 202112595 – Artificial Lash Extension                                    +





NEED INSPO? SHOP **LASH LOOKS**

# LASHIFY

## HI, WE'RE LASHIFY. NICE TO MEET YOU.



OUR COMPANY

## THE BEAUTY THINK TANK®

Much more than just an award-winning brand, Lashify is known for its disruption and innovation— holding over 185 patents and 167 trademarks worldwide. As the inventors of the Underlash Technology™, and the worlds first and only DIY lash extension system, we make complex beauty applications simple. At our core is transparency, truth in advertising, creating superior products that empower our clients, while making the impossible possible. As disruptors we continue to disrupt not only the beauty industry, but the corporate model.

READ MORE

OUR FOUNDER

## THE LASH QUEEN, SAHARA LOTTI

Humble, brilliant and hilarious. These are the three most commonly used adjectives to describe our founder. In a world where CEO's are faceless, nameless even, Sahara is synonymous with Lashify and the DNA is intertwined. Lotti is unabashed and unapologetic, just like the system she created. Before Lashify, there was nothing in the market other than human hair strips, extensions, and little tiny clusters. She knew what she wanted. She knew what she needed. And it just didn't exist. So, she went on to make it. Turns out, the world wanted it just as badly.

The revolutionary Gossamer® lash, Fuse Control® Wand, Whisper

    

questioned if "one woman" truly invented all this. She did. Each piece was engineered, designed and formulated by Sahara herself. Lucky for us, Lotti sees holes in a marketplace and seeks to fill them via innovation. Lashify is the owner of over 175 patents worldwide with Lotti named as the sole inventor. Sahara Lotti is currently the leading innovator worldwide when it comes to lash technology.

**INTELLECTUAL PROPERTY**

## A Note from Sahara,

*When I invented the Lashify system in 2016 there was nothing, absolutely NOTHING in the marketplace except for little tiny clusters that wouldn't stick with anything other than super glue or those mediocre knotted trios and strip lashes. Previous to Lashify's launch in late 2017 there wasn't a lash in the market that you could apply yourself that actually looked like a lash extension. Not surprising since there was no underlash method to apply these unmade lashes. Bonding, fusing, sealing, stacking -- these are all concepts that I created out of desperation, honestly! There was also no adhesive formulated to be applied on the actual lash with a brush. A multiple clustered PBT lash that was light enough to adhere to the natural lash? Didn't exist. A Spine? Didn't exist!*

*I honestly didn't care if they lasted more than 24 hours or if they were reusable or even eco friendly -- my sole focus was on creating this new type of magical lash extension that I could actually apply myself. It took an incredible amount of tenacity I didn't even know I had. I was teaching old dogs new tricks. I even cried when my factory finally figured out how to scale the gossamer lash I created. It was a big deal. I knew it was going to change the whole industry.*

*We are currently in litigation, you can Google about it to read more. Unfortunately you'll see a lot of copycats out there with deceptive biographies of how they invented "DIY lash extensions", they even copy our words. The beauty business has long stolen from women inventors and women of color. I believe it needs to stop being tolerated. At the end of the day a thief is a thief. We are aggressive about protecting our patents, and putting an end to counterfeits. This is because to be blunt, I worked my a$$ off. I still am. Please know that each of these companies big or small selling "DIY lash extensions" are doing so illegally. I have protected every element of the worlds only DIY lash extension system and their ignorance is no excuse. I believe it's important we protect the real innovators so we can continue to innovate*

*Lashify will change your beauty routine. If you can keep them on a full day and look amazing without any damage or an appointment — IT'S A WIN. If you can fill your lash extensions IT'S A WIN. The system is flexible. My hope is that people see Lashify for what it is... an option we simply never had.*



OUR MISSION

# FOR THE LOVE OF DOGS

Protecting our furry companions is more than just a mission, it's our purpose and ethos. Lashify was born of the need to bring a product to market that was wanted and needed. We knew if we could create this market and own the IP, not only could we change the lives of lash lovers everywhere, but we could be able to fund research needed to protect our animals. We believe in doing right by those who don't have a voice. That's why Lashify is actively involved in helping all dog breeds, English Bulldogs in particular, through charitable contributions, funding of research, and in partnership with our friends at Road Dogs & Rescue and **Bobzilla.org**

**LEARN MORE**



# THE NEXT LEVEL LASH LEADERS

# THE NEXT LEVEL LASH LEADERS

With over 185 patents and 167 trademarks worldwide, Lashify is the worlds first DIY lash extension system that allows you to achieve customizable, salon quality extensions in seconds— whenever you want, wherever you want, and however you want.

Our 2016 patented technology is the first of its kind, bringing the damage-free and seamless Gossamer® lash to lash lovers everywhere. We are the

# DOGS OF LASHIFY



leaders in lash innovation and lash
lashes like this. Nobody. With over 185
patents and 167 trademarks worldwide,
Lashify is the worlds first DIY lash
extension system that allows you to
achieve customizable, salon quality
extensions in seconds— whenever you
want, wherever you want, and however
you want.

Our 2016 patented technology is the
first of its kind, bringing the damage-
free and seamless Gossamer® lash to
lash lovers everywhere. We are the
leaders in lash innovation and lash
health. Nobody has ever thought about
lashes like this. Nobody.

**MACK & BOB LOTTI**





ROBERTO LOTTI



BOB LOTTI JR.



BLAIR LOTTI



**BOWSER ARONSON**

HOME



**CLAUDETTE HACK**

# OPERATIONS



**SAHARA LOTTI**
Chief Executive Officer / Founder

HOME



**JASON WONG**
Chief Operating Officer



**NATASHA GOLITSINA**
Head of Finance



**MARCIE SMITH**
Chief Experience Officer



**ANDREA ARONSON**
Director, Office of the CEO



**BRENDA AGUAYO**
Human Resources Specialist



**COURTNEY ASLANIDIS**

Partnerships and Events Manager



**CHRISTINE PARKER**
Manager of Operations, CX



**EILEEN RUAN**
Sourcing and Production Manager



**ESTEFANY ESTRADA**
Product and Quality Assurance Manager



**JAMES WALKER**
Warehouse Fulfillment Manager



**JARRELL HAZZARD**
Warehouse Fulfillment Supervisor



**JEANNIE SIT**
Director, Product Innovation and Sourcing



**JEFFREY COON**
Director, Warehouse Operations



**KAARIN LANYI**
Innovation Executive, Office of the CEO



**LANA GONSALVES**
Director, Logistics



**LAUREN HAUSMAN**
Corporate Data and Communication Analyst



**LORENZO VEGA**

Assistant Warehouse Operations Manager



**MARIA MONTES**
Purchasing and Planning Manager



**RICHARD WEBB**
Inventory Control Manager



**STACY MAGNESS**
Warehouse Operations and Facilities Manager

**CREATIVE**





**ABIGAIL CHU**
Art Director



**AIDA TARRAH**
Frontend Developer and 3D Designer



**CHLOE LEE**
Graphic Designer



**JASMIN LEE HACK**
Senior Creative, Creative Marketing

HOME



**JANINE WANG**
Graphic Designer



**ISHRAT TASMIN**
Social Media Manager



**NOLAN KRESNAK**

Video Editor



**ZOEE TOH**
Sr. Creative Manager

# EDUCATION



**JILLIAN MEDICIS**

Lashify Pro and Pro Educator, Senior Manager



**GERILYN PAGUIA**

Pro Educator, 1:1 Tutorial and Educator Team Manager



**VANESSA QUINTEROS**
Pro Educator, Social Community and Training Manager



**MIKAYLA HAWKINSON**
Pro Educator, Video Content Creator and Editor



**BEVERLY DUDLEY**
Educator



**CHRISTINA SAEWERT**
Educator

HOME



**CORI BARRIOS**

Educator



**DANNI JENAE**
Educator



**JOCELYN VALLEJO**
Educator



**JOSIE FIGUEROA**
Educator





**LUCINDA WU**
Educator





**MONICA DIAZ**
Educator

HOME



**NICKY TOWNSHEND**
Educator

HOME



**TORI MCGOVERN**
Educator

CONCIERGE

HOME



**SASSY GONZALEZ**
Concierge Manager



**HALEY MORRISON**
Concierge



**KATHERINE ALLEN**
Concierge

HOME



**TAYLOR STOVALL**
Concierge

HOME



**TIFFANY DARDEN**
Concierge



**STACY ERWIN**
Concierge



# GET LASHIFY
# IN YOUR INBOX

Enter your email address →


HOME

SHOP

LEARN

ABOUT

United States (USD $)

2023. Lashify. All rights reserved.   Privacy   Terms

INTRODUCING: **MEMBERSHIP X | DISCOVER**
INTRODUCING: **MEMBERSHIP X | DISCOVER**

‹ ›



# LASHIFY

☰ Q                                                               ⊠ ◎

# THE MOTHER OF
# INVENTION

Necessity is the mother of all invention. And Lashify was born of that need. The need for independence. The need for self-reliance. The need for control. The need for controlling your own beauty. That's when Sahara Lotti, CEO and Founder, saw a hole in a marketplace that was uninspired and sought to fill it. She scoured the globe to find a lash that met her standards. It didn't exist. So, she broke all the rules. And cracked the lash code.

Lashify was born.

Lashify's patent-pending Underlash technique, patented Gossamer lashes, and internationally patented Fuse Control Wand are the heart of the DIY system created by Sahara. With 70 patents and 50 trademarks world-wide, Lashify disrupted the market. It's not a strip. It's not an extension. It's a whole new world.

It's ingenuity has garnered Lashify die-hard, loyal fans—'Lashifiends'—ranging from young and old, from ex-strip wearers or extension

Lashify has become a staple on the Red Carpet, worn by the likes of Renee Zellweger, Janelle Monae, Reese Witherspoon, and Nicole Kidman. Aside from completing Hollywood's hottest looks, Lashify has been integral in film: Vivian Baker, Academy Award-winning make up artist, used Gossamers to transform Charlize Theron into Megyn Kelly for her role in the critically acclaimed film, Bombshell. It has also walked down the runway at New York Fashion Week, recently used by James Kaliardos at the Rodarte Fall 2020 RTW show.

But most importantly, Lashify graces the eyes of everyday customers— moms, policewomen, EMTs, nurses, athletes, chefs, performers. Lashify's customer base has become a family, finding refuge in the private Facebook group, Lashify Life. Here, they share more than just tips and tricks. What started out as a place to discuss all things Lashify has turned into something so much more than that. It has spawned a community of women who support and encourage one another, while sharing aspects of their daily life with other women who care. Sahara Lotti, CEO and Founder, often posts here herself — a direct line to her customers, who she knows by name.

As a whole. Lashify has become more than just an award-winning brand, it is a beauty think tank that continues to innovate. Not just for profit, but for customers who rely on the transparency and quality that Lashify brings to their daily life. Knowing they will always be able to control their own beauty without compromise.

And that is the magic of Lashify.

BE YOUR OWN LASH TECH™

