# EXHIBIT B



HOME | ABOUT | CONTACT | IMPRESSUM & DISCLAIMER | PR-INFORMATION | BLOGSALE

Nov 10, 2011

**Ha! i've mastered the false lashes!**



on my last attempt playing around with fake lashes, i didn't like the results at all. it reminded me of the photoshopped kawaii girls and screamed *phoney* to me. i am very thankful for so much positive feedback from you, though! and when Angie reminded me of how **BeautyQQ**, a HK based youtuber/blogger that i highly appreciate, applies her falsies to make them look more natural, i wanted to finally do it since i planned to try it for a long time.

BeautyQQ, better known as Queenie Chan is very creative and inspiring. whenever i watch her videos i wished that i could speak chinese - i think that's next on my list for learning a new awesome language,

SEARCH THIS BLOG

[                    ] Search

ABOUT



Followers (2053) Next








Follow

but i need to improve my finnish first haha.
well, yesterday i tried her method, which you can learn **here**, and i think it turned out amazing! i loved the result and am so glad that i tried it (♥*thank you Queenie! thank you Angie!*♥). it totally changed my view on false eyelashes and now i think with the appropriate length and style of the lashes, i am starting to *really* like them!

well, here's the trick: you don't stick the strip of falsies on top of your lashline, but **UNDERNEATH**. so the band and the artificial sheen of the false eyelashes don't reveal you. sounds complicated and uncomfortable, but it is *SO* easy to do and feels much more comfortable than the "normal" way. i didn't feel anything on/along my lashline already right after applying them, no need for adaption time.

this is all you need:



- one or two strips of false eyelashes,
- a pair of scissors to cut them into segments,
- a tweezer to hold and apply,
- lash glue (black/dark glue works best),
- cotton buds to hold and protect your lids and natural lashes and to adjust the falsies.







BRUSHES



BRUSH CARE



FAVOURITES



I ♥ EVERYTHING GOLD.



EYESHADOW PALETTES



CHEEK PRODUCT HEAVEN!



LE MÉTIER DE BEAUTÉ



to make it easier to apply, more comfortable to wear, and to look more natural you should cut the lash strip carefully at the band into 4 or 5 segments.



they should be arranged like this - these criss cross lashes will create a soft fan effect on the outer corner and elongate your eyes slightly. of course you can use more lashes, the more the thicker your lashes appear and the more intense the result. for testing purposes i started with one strip for both eyes.





then take a segment with your tweezer and apply a bit of lash glue to the top side of the lash band, not the bottom side you would use if you'd apply them traditionally. let the glue dry down about 20 sec. so it can become sticky.
use a shield or just a cotton bud to lift your eyelid and hold back your natural lashes gently and attach the lash segment to the roots of your natural lashline, not directly on the inner rim. you can use the cotton bud to press on the lashes and adjust their fit.
continue with the next segment.


NARS


CARGO


MAC


BEAUTY IS LIFE


BROWS


ULZZANG MAKEUP

FAKE LASHES TECHNIQUE







FOUNDATIONS





POWDERS



these are just examplary, here i already wear the false lashes. please excuse my tired and red eyes.

you need to adjust them if they interfere with your visual field. lift them a bit and they will also lift your natural lashes and open up your eyes even more (even if you have stubborn straight lashes that don't curl well).



here you can see where i attached my lash segments. (and look how poor my real lashes look beneath them ^^)



looking from above, you can't even identify the false lashes. from the curve and the density people might suspect that you wear falsies, but they can't really tell (but only if you choose a natural style and

LABELS
- apps
- bb cream
- blog sale
- blush
- blush collection
- brand: A'SQUIRREL
- brand: ADDICTED COSMETICS
- brand: AHAVA
- brand: ALVERDE
- brand: ARTDECO
- brand: AVON
- brand: BABOR
- brand: BARE ESCENTUALS
- brand: BARRY M
- brand: BASIC
- brand: BEAUTY BLENDER
- brand: BEAUTY IS LIFE
- brand: BECCA
- brand: BENEFIT
- brand: BOBBI BROWN
- brand: BOOTS NO.7
- brand: BOURJOIS
- brand: BURBERRY
- brand: BY TERRY
- brand: CALVIN KLEIN
- brand: CARGO
- brand: CATRICE
- brand: CHANEL
- brand: CHANTECAILLE

not too long or spiky styles). if you tightline your upper waterline before applying the lashes, they will be even more undetectable.

the results:





- brand: CHINA GLAZE
- brand: CHRISTIAN DIOR
- brand: CLÉ DE PEAU BEAUTÉ
- brand: CLINIQUE
- brand: COVER FX
- brand: DEBORAH LIPPMANN
- brand: DERMALOGICA
- brand: DIOR
- brand: EDWARD BESS
- brand: ESSENCE
- brand: ESSIE
- brand: ESTÉE LAUDER
- brand: FLORMAR
- brand: FUDGE
- brand: GIORGIO ARMANI
- brand: GIVENCHY
- brand: GUERLAIN
- brand: HAKUHODO
- brand: HELENA RUBINSTEIN
- brand: HOURGLASS
- brand: ILLAMASQUA
- brand: IPSA
- brand: JEMMA KIDD
- brand: K-PALETTE
- brand: KANEBO
- brand: KAT VON D
- brand: KIKO
- brand: KOSMETIK KOSMO
- brand: KRYOLAN
- brand: L'OREAL
- brand: LANCÔME
- brand: LAURA MERCIER
- brand: LAVERA
- brand: LE MÉTIER DE BEAUTÉ
- brand: LORD + BERRY
- brand: LOUISE YOUNG
- brand: LUNASOL
- brand: MAC
- brand: MAKE UP ATELIER PARIS
- brand: MAKE UP FOR EVER
- brand: MAKEUPSHOW
- brand: MANHATTAN
- brand: MAX FACTOR
- brand: MAYBELLINE
- brand: MNY
- brand: NARS
- brand: NUBAR
- brand: NYX
- brand: OPI
- brand: ORIGINS
- brand: P2
- brand: PAUL + JOE
- brand: PAULA DORF
- brand: PAULA'S CHOICE
- brand: REVLON
- brand: RIMMEL



they are still a bit artificial looking, but really only the tiniest bit. they blend into my real lashes very well and are not too long. exactly the result that i want in fake lashes.
i still think it's a bit too much effort for everyday, but now i will definitely wear false lashes the next time i go out! i think the result is so natural and wearable that i can pull off this look for less festive events also.
it's such an amazing method and those of you, who thought they couldn't deny the phoney factor of false lashes and because of that never tried them, should really *really* really try this!





- brand: RITUALS
- brand: ROHTO/HADA LABO
- brand: ROUGE BUNNY ROUGE
- brand: SENSAI
- brand: SHEISEIDO
- brand: SHU UEMURA
- brand: SIGMA
- brand: SISLEY
- brand: SKINCEUTICALS
- brand: SMASHBOX
- brand: SONIA KASHUK
- brand: STILA
- brand: SUQQU
- brand: THE BALM
- brand: TOM FORD
- brand: TOPSHOP
- brand: TRISH MCEVOY
- brand: URBAN DECAY
- brand: VICHY
- brand: WET N' WILD
- brand: YSL
- brand: YVES ROCHER
- bronzer
- brows
- brush care
- brushes
- comparison
- concealer
- contour
- cream blush
- cream eyeshadows
- dupe
- eye make up
- eyeshadows
- false lashes
- favourites
- foundation
- giveaway
- glossybox
- hair care
- haul
- highlighter
- life
- liner
- lips
- look
- loose eyeshadows
- mascara
- nails
- palettes
- powder
- primer
- skincare
- swatches
- tag
- tools



this is how it looks zoomed out:



compare how the same style of lashes look on me when i applied a full strip on the top side of my lashes:

- tutorial

### ARCHIVE

► **2012** (49)

▼ **2011** (461)

　► December (24)

　▼ November (27)

　　Le Métier de Beauté Crème Fresh Tints!

　　Giorgio Armani Eyes To Kill Silk Eyeshadow #1- Bla...

　　Guerlain holiday 2011: Météorites Perles de Nuit.

　　Cargo Polynesia.

　　Giorgio Armani High Precision Retouch Concealer.

　　FOTD Catrice purple smokey & false lashes.

　　Giorgio Armani Blushing Fabric #3.

　　foundation overview #19: Chanel Perfection Lumière.

　　Guerlain holiday 2011: Parure de Nuit.

　　Chanel holiday 2011: Rouge Allure Lacque in #707 E...

　　Giorgio Armani Master Corrector #2.

　　MAC Tempting eyeshadow.

　　FOTD with Sisley, Guerlain and Catrice.

　　my first attempt on "nail-art": cute owls!

　　foundation overview #18: Sisley Phyto Teint Éclat.

　　mini drugstore haul: amazing Catrice eyeshadows!

　　Cargo SuedeBlush in Gold Coast.

　　Ha! i've mastered the false lashes!

　　FOTD NARS Essential Eye + MAC Blushbaby.

　　what do you think about false lashes?

　　Chanel Rouge Coco Shine in Boy.

　　Cargo Louisiana.

　　Dior Holiday 2011: Couture Golds palette.

　　K-Palette 1 Day Tattoo Real Lasting Eyeliner.

　　Cargo Siena.

　　what i loved in october.

　　snapshots...





please make sure to watch Queenie's video!
what do you think now? which look do you prefer?



posted by Delicate Hummingbird at 12:30 PM
labels: false lashes

### 29 comments:


**Sarah** November 10, 2011 at 1:02 PM
It looks great but I'd be terrified of getting the glue in my eyes! xx
Reply


**Silvia Quirós** November 10, 2011 at 1:08 PM
Great tecnique! thanks for sharing!
Reply


**Jacqueline** November 10, 2011 at 1:17 PM
Congratulations! I tried wearing lashes in segments but were unsuccessful. These lashes look really natural on you.

▶ October (43)
▶ September (29)
▶ August (31)
▶ July (46)
▶ June (37)
▶ May (41)
▶ April (49)
▶ March (49)
▶ February (36)
▶ January (49)

▶ 2010 (37)

Reply



**Dain** November 10, 2011 at 1:55 PM

That's amazing. They look like extensions and you don't need the telltale black liner.

Reply



**Jennifer** November 10, 2011 at 2:05 PM

Awesome! Thank you so much for sharing, I'm in love with this method now! I should probably mention though, if you do use this method you shouldn't remove your lashes my just pulling them off (even though you should never do that, you shouldn't do it PARTICULARLY with this method) because you'll might end up pulling out your own lashes too.

Reply

**Anonymous** November 10, 2011 at 2:09 PM

Interesting! Never thought of applying them underneath... Worth a try!

Reply

**Anonymous** November 10, 2011 at 3:14 PM

So if I cannot pull (@Jannifer) how am I suppoded to get them off?? Otherwise a really great method I think!

Reply



**marox79** November 10, 2011 at 3:28 PM

Great tip. I have only tried falsies once and it was a disaster.

Reply



**.** November 10, 2011 at 3:57 PM

I am an avid BeautyQQ fan too! I saw this but haven't had a chance to try it out yet. I agree that the hidden method is a lot more subtle and natural looking, but I actually *like* the dramatic effect of falsies! It must be from all the Japanese magazines I've read over the years xD

Reply



**Mariángel Uviña** November 10, 2011 at 4:32 PM

they look great on you! the full strip doesn't look artificial at all. I have sensitive eyes, so, I can't use them ;)

Reply



**angie** November 10, 2011 at 5:14 PM

Yay, freut mich, dass du es mal ausprobiert hast und es gefällt. ^^ Hattest du es denn länger dran gelassen? Bei mir drohte damals das ein oder andere abzugehen, wenn die Augen etwas tränten. Aber trotzdem find ich die Methode toll. :)

LG,
Angie

Reply



**Unknown** November 10, 2011 at 7:55 PM

Yay! Good job!! They look fantastic on you! And very very natural :)

Reply



**Fabienne (Mora)** November 10, 2011 at 7:59 PM

wow, mit den "halben" wimpern sieht das ganz natürlich aus, find ich. ich zumindest hätte es nicht gesehen, wenn ich es nicht wüsste.
ich muss das auch mal ausprobieren.

Reply



**Eden-Avalon** November 10, 2011 at 9:40 PM

I agree, the first one looks way more natural. Maybe i'll give this a shot!

Reply



**Sternchen** November 10, 2011 at 10:11 PM

Wow, das sieht richtig toll aus jetzt, weil es in der tat supernatürlich aussieht. Richtig hübsch! Und? Wirst du jetzt öfters mit verlängerten Wimpern klimpern oder ist es dennoch eher etwas für bestimmte Anlässe für dich?

Reply



**birkinbagbeauty** November 11, 2011 at 12:37 PM

brilliantly done. I always tend to stick the falsies on top but I can see the bottom works so much better

Reply



**Delicate Hummingbird** November 11, 2011 at 1:00 PM

@sternchen: auf jeden fall! jetzt macht es sogar richtig spaß und sieht echt schön aus. kein drag-queen oder overdressed feeling mehr ;)

Reply

**Corina's Makeup Playground** November 11, 2011 at 9:40 PM

Uhh, this is really a bad idea, any skin or eye doctor would be shocked to see this. Besides the obvious risks concerning your eyes, this is also bad for your lashes-you should never apply the fake ones directly on them.

Reply



**Delicate Hummingbird** November 11, 2011 at 9:50 PM

@Corina's Makeup Playground: of course one has to apply the lashes with a steady hand to not poke the eyeball :D
but don't worry because of the lash glue, firstly it just stays on for a few hours and not everyday, somparable to how you'd apply single lashes or lash extensions (which actually are harmful to your lashes).
i don't think it's more harmful than wearing mascara (or even waterproof formulations) every single day and using eyelash curlers ;)

Reply



**Fifi** November 12, 2011 at 8:09 AM

Oh my, great job!! The lashes look very natural on you! I personally love false lashes and I never go out without wearing them. But then again my natural lashes are sooo thin & short, they're practically nonexistent lol XD

Reply


**my** November 12, 2011 at 11:08 AM

♥

Reply


**Anonymous** November 13, 2011 at 4:18 PM

Hi, there´s people using your photo:

http://www.laislabonita.com.br/2011/11/como-aplicar-cilio-postico-tradicional.html?utm_source=feedburner&utm_medium=email&utm_campaign=Feed%3A+LaislaBonita

I complained, but they just erase my comment. ;_;

Reply



**Delicate Hummingbird** November 13, 2011 at 6:09 PM

@anonymous:
thank you very much for this hint - i'm SOO angry at this person at the moment! i have left several angry comments and written her a seriously intimidating email. let's see how this person reacts.

Reply



**BooBooNinja** December 4, 2011 at 8:56 AM

What's the best way of removing lashes applied this way?

Reply



**Delicate Hummingbird** December 6, 2011 at 5:20 PM

@boobooninja: i just grab them and pull them off before i remove my eye makeup. they are removed quite easily and i've never lost one lash during removing them.

Reply

**Anonymous** January 17, 2012 at 7:31 PM

For me this has been the most makeup-life-changing tip ever. I took a few times to master the procedure for a clutz like me, but now I am able to apply the falsies quite quickly. It does so incredibly much for my hooded eyes! Thank you sooo much, Keto!

Reply



**Beauty Mango** February 14, 2012 at 1:30 PM

Wooow sieht toll aus! :)

Reply

**minluv** March 14, 2012 at 7:13 PM

Fantastic job, they look really good. The sections look more natural on you. I love them both though. I'm inspired.

Reply



**Anonymous** July 30, 2012 at 7:44 AM

i wear these types by cutting them in half and using them as half lashes :) they look very natural

Reply

Enter Comment

thank you for commenting!

**NEWER POST**          **HOME**          **OLDER POST**

Subscribe to: Post Comments (Atom)

TOTAL PAGEVIEWS



6,630,657



Adobe Flash Player is no longer supported

## INCOMING

- Leighton Denny Your Planet Or Mine?

## WISHLIST

- Burberry Sheer Eye Shadow in Mulberry
- Burberry Sheer Eye Shadow in Taupe Brown
- Burberry Sheer Eye Shadow in Gold Trench
- Burberry Sheer Eyeshadow in Midnight Blue
- RBR Chestnut Napped Apalis
- RBR Mountain Bluebird
- Burberry Eyeshadow in Almond
- Le Métier de Beauté Blush in Radiance
- Le Métier de Beauté Blush in Fresh
- Le Métier de Beauté Eyeshadow in Fig
- Le Métier de Beauté Eyeshadow in Alexandrite
- Le Métier de Beauté Eyeshadow in Midnight Sky
- Le Métier de Beauté Eyeshadow in Lapis
- Le Métier de Beauté Eyeshadow in Innocence
- Le Métier de Beauté Eyeshadow in Plum
- Koh Gen Do Aqua Foundation
- Rimmel Wake Me Up Foundation
- Chikuhodo Z8 brush
- many more Hakuhodo Brushes! (J-Series!!!)
- Clé de Peau Loose Powder
- Suqqu Eye Palette in Kokedama
- Suqqu Frame Fix Liquid Foundation
- Burberry Blossom Blush

## BLOGROLL

**lola's secret beauty blog**
Space NK Power of Pink Makeup Gift with Purchase of $85.00
*14 hours ago*

**Sweet Makeup Temptations**
Koyudo - The Posh Heart Brush
*1 week ago*

**Glossed in Translation**
新浪彩票名家大乐透第23013期推荐汇总
*1 week ago*

**theNotice: a beauty blog**
The best spicy Valentine's Day gifts: myOne review & more
*2 weeks ago*

**Magimania - Beauty-Blog**
FIRST AID BEAUTY KP Bump Eraser Body Scrub Review
*2 months ago*

**Makeup And Beauty Blog - MakeupSavvy**
Liz Earle Original Formula Instant Boost Skin Tonic Returns
*7 months ago*

**Cream's Beauty Blog**
5 Beauty Favoriten im Februar 2022
*11 months ago*

**martha macht...**
Was ist Private Equity?
*1 year ago*

**The Beauty Codes**
Novedades Belleza y Maquillaje del mes de Julio
*1 year ago*

**The RAEviewer**
Best of Fall 2020 Beauty Favorites featuring Skin Care + Life Update
*2 years ago*

Show All

© 2010-2012 Delicate Hummingbird. Powered by Blogger.