John S. Cipolla (*pro hac vice*)
Mark W. McDougall (*pro hac vice*)
Todd R. Tucker (*pro hac vice*)
Andrew W. Alexander (*pro hac vice*)
Dustin D. Likens (*pro hac vice*)
CALFEE HALTER AND GRISWOLD LLP
1405 East Sixth Street
Cleveland, OH  44114
216.622.8200
Fax:  216.241.0816
jcipolla@calfee.com; mmcdougall@calfee.com;
ttucker@calfee.com; aalexander@calfee.com;
dlikens@calfee.com

Attorneys for Plaintiff
Lashify, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| LASHIFY, INC., | Case No.: CV 23-1427-GW-AJRx |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO RULE 41(A)(2)** |
| v. | |
| URBAN DOLLZ LLC D/B/A URBAN DOLL AND DOLL HOUSE CORPORATION D/B/A DOLL HOUSE, DOLL HOUSE, INC., AND URBAN DOLL, | Judge: Hon. George H. Wu |
| Defendants. | |

(PROPOSED) ORDER GRANTING JOINT MOTION TO
DISMISS PURSUANT TO RULE 41(A)(2)

Upon stipulation of Plaintiff Lashify, Inc. ("Plaintiff") and Defendants Urban Dollz, LLC d/b/a Urban Doll; Doll House Corporation d/b/a Doll House, Doll House, Inc., Doll House, LLC (together, "Defendants"), and the Court otherwise being fully advised in the premises, IT IS ORDERED THAT:

1. All of Plaintiff's claims in this case are dismissed WITHOUT PREJUDICE, but Plaintiff retains the right, pursuant to the parties' executed settlement agreement, to reinstate this case and pursue all potential remedies if Defendants materially breach Section 7 of the settlement agreement;

2. All of Defendants counterclaims in this case are dismissed WITH PREJUDICE;

3. The Court shall retain jurisdiction over the enforcement of the settlement agreement; and

4. Each party shall bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS SO ORDERED.**

Date: March 10, 2026

_____
HON. GEORGE H. WU,
United States District Judge

(PROPOSED) ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO RULE 41(A)(2)                    2